LOUISIANA *v.* MISSISSIPPI ET AL.

No. 121, Orig.  Decided October 31, 1995—Decree entered
December 4, 1995

## DECREE

This cause having come on to be heard on the Report of the Special Master heretofore appointed by the Court, and the exceptions filed thereto, and having been argued by counsel for the several parties, and this Court having stated its conclusions in its opinion announced on October 31, 1995, *ante,* p. 22, and having considered the positions of the respective parties as to the terms of the decree, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. The boundary between the State of Louisiana and the State of Mississippi along the Mississippi River between North Latitude 32° 49′ 25″ and North Latitude 32° 44′ lies along the line described as follows:

> Beginning at Pt. 1 at North Latitude 32° 49′ 25″ and West Longitude 91° 09′ 27″; thence to Pt. 2, Latitude 32° 49′ and Longitude 91° 09′ 34″; thence to Pt. 3, Latitude 32° 49′ 47″ and Longitude 91° 09′ 37″; thence to Pt. 4, Latitude 32° 48′ 30″ and Longitude 91° 09′ 39″; thence to Pt. 5, Latitude 32° 48′ and Longitude 91° 09′ 47″; thence to Pt. 6, Latitude 32° 47′ 18″ and Longitude 91° 09′ 51″; thence to Pt. 7, Latitude 32° 47′ 6″ and Longitude 91° 09′ 54″; thence to Pt. 8, Latitude 32° 47′ and Longitude 91° 09′ 59″; thence to Pt. 9, Latitude 32° 46′ 50″ and Longitude 91° 10′ 7″; thence to Pt. 10, Latitude 32° 46′ 35″ and Longitude 91° 10′ 14″; thence to Pt. 11, Latitude 32° 46′ 20″ and Longitude 91° 10′ 16″; thence

to Pt. 12, Latitude 32° 46' and Longitude 91° 10' 18"; thence to Pt. 13, Latitude 32° 45' 45" and Longitude 91° 10' 20"; thence to Pt. 14, Latitude 32° 45' 30" and Longitude 91° 10' 18"; thence to Pt. 15, Latitude 32° 45' 15" and Longitude 91° 10' 12"; thence to Pt. 16, Latitude 32° 45' and Longitude 91° 10' 01"; thence to Pt. 17, Latitude 32° 44' 45" and Longitude 91° 09' 49"; thence to Pt. 18, Latitude 32° 44' 30" and Longitude 91° 09' 38"; thence to Pt. 19, Latitude 32° 44' 23" and Longitude 91° 09' 30"; thence to Pt. 20, Latitude 32° 44' 15" and Longitude 91° 09' 18"; thence to Pt. 21, Latitude 32° 44' 07" and Longitude 91° 09'; thence to Pt. 22, Latitude 32° 44' and Longitude 91° 08' 44".

2. The State of Louisiana's prayer that the claim of title by defendants Julia Donelson Houston, et al., in and to the lands and water bottoms lying between the Mississippi River on the east and the Louisiana-Mississippi boundary line as fixed in the preceding paragraph on the west be canceled and forever held for naught is DENIED.

3. The Court retains jurisdiction to entertain such further proceedings, enter such orders and issue such writs as may from time to time be deemed necessary or advisable to give proper force and effect to this decree or to effectuate the rights of the parties in the premises.